[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-11759
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 27, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:09-cv-01537-JOF

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
THE TRAVELERS INDEMNITY COMPANY,

                                        Plaintiffs-Appellees,

versus

EDDIE LEE WILLIAMS, et al.,

                                        Defendants,

DEANTE WALKER, Individually and as Administrator of the
Estate of Reginald E. Walker, Deceased,
DEBORAH WALKER, As Next Friend and Conservator of
Reginald Walker, Jr., A Minor Child,

                                        Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 27, 2011)

Before BARKETT, HULL and FAY, Circuit Judges.

PER CURIAM:

After reviewing the parties' briefs and the record, we affirm the district court's grant of summary judgment to the plaintiffs in this declaratory judgment action for the reasons stated in the district court's thorough and well-reasoned order dated March 16, 2011.

**AFFIRMED.**